JULES GLASER, APPELLANT, v. COLUMBIA LABORATORIES, INCORPORATED, RESPONDENT.

Argued October 26, 1933—Decided January 5, 1934.

For the appellant, *Ranzenhofer & Ranzenhofer.*

For the respondent, *Robert E. Pollan.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—Parker, Lloyd, Bodine, Donges, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Dill, JJ. 11.

*For reversal*—None.